**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Norbert William Novocin Jr. | Social Security number or ITIN  xxx–xx–0382 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marie Ellen Novocin | Social Security number or ITIN  xxx–xx–4138 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of Delaware

Case number:   19–10056–BLS

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Norbert William Novocin Jr.          Marie Ellen Novocin
aka Norb Novocin

**By the court:**

3/20/24

Brendan Linehan Shannon
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318              **Order of Discharge**              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Delaware

In re:  Case No. 19-10056-BLS
Norbert William Novocin, Jr.  Chapter 7
Marie Ellen Novocin
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: admin     Page 1 of 3
Date Rcvd: Mar 20, 2024     Form ID: 318     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norbert William Novocin, Jr., Marie Ellen Novocin, 14 O'Daniel Ave., Apt. D, Newark, DE 19711-3531 |
| 13073601 | + | Adam Bober & Sonja Beauchaine, 24 Ward St., Worcester, MA 01610-2275 |
| 13073603 | + | AnnaMarie Trombetta, 175 E. 96th St., Suite 12R, New York, NY 10128-6206 |
| 13073611 | + | Donnan Burris and Amy Burris, 35495 Red Tail Rd, Lewes, DE 19958-7031 |
| 13073613 | + | Estate Auctions, Inc., LLC, 12221 Old Furnace Rd, Seaford, DE 19973-7056 |
| 13073617 | + | Ken Lam, 215 Marshall St, Kennett Square, PA 19348-3326 |
| 13073619 | + | Nanticoke Hospital, 801 Middleford Rd, Seaford, DE 19973-3636 |
| 13073621 | + | PayPal Working Capital by WebBank, Attn: Executive Escalation, P.O. Box 5018, Timonium, MD 21094-5018 |
| 13073622 | + | Pook & Pook, 463 East Lancaster Ave., Downingtown, PA 19335-2725 |
| 13073623 | + | Powerhouse Gym Seaford, 620 W Stein Hwy, Seaford, DE 19973-1204 |
| 13155609 | + | TD Auto Finance LLC,, c/o Schiller Knapp Lefkowitz Hertzel, 950 New Loudon Rd, Latham, NY 12110-2100 |
| 13073627 | + | Tom Stanton, 3830 Gateway Ter, Burtonsville, MD 20866-2107 |
| 13073629 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept., P.O. Box 6429, Greenville, SC 29606 |
| 13073630 | + | Will Jones, 9609 Clark Crossing Road, Vienna, VA 22182-1929 |
| 13073631 | + | William Bunch Auctions, One Hillman Drive (Rt. 202 and Rt. 1), Chadds Ford, PA 19317-9752 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BGLMILLER | Mar 21 2024 00:12:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 13073602 | + | Email/PDF: bncnotices@becket-lee.com | Mar 20 2024 20:26:16 | American Express, Becket & Lee POB 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 13073604 | | Email/Text: info@bayareareceivables.com | Mar 20 2024 20:16:00 | Bay Area Receivables, P.O. Box 3535, Salisbury, MD 21802 |
| 13073609 | | EDI: DISCOVER | Mar 21 2024 00:12:00 | Discover, Discover Financial Services, P.O. Box 30943, Salt Lake City, UT 84130 |
| 13073660 | + | Email/Text: michael.brittingham@delaware.gov | Mar 20 2024 20:16:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 13073610 | + | EDI: DISCOVER | Mar 21 2024 00:12:00 | Discover Financial, P. O. Box 3025, New Albany, OH 43054-3025 |
| 13073612 | | Email/Text: bankruptcycourts@equifax.com | Mar 20 2024 20:16:00 | Equifax, P.O. Box 105873, Atlanta, GA 30348 |
| 13073614 | ^ | MEBN | Mar 20 2024 20:09:02 | Experian, P.O. Box 9701, Allen, TX 75013-9701 |
| 13073615 | | Email/Text: mary@firstcollect.net | Mar 20 2024 20:16:00 | First Collect, Inc, Attn: Bankruptcy, P. O. Box 102, Lewes, CT 19958 |

Case 19-10056-BLS    Doc 47    Filed 03/22/24    Page 4 of 5

| District/off: 0311-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 318 | Total Noticed: 39 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 13073607 | | EDI: JPMORGANCHASE | Mar 21 2024 00:12:00 | Chase Freedom Visa, Card Services, P.O. Box 15049, Wilmington, DE 19850 |
| 13073608 | | EDI: JPMORGANCHASE | Mar 21 2024 00:12:00 | Chase Sapphire Preferred, Card Services, P.O. Box 15049, Wilmington, DE 19850 |
| 13073605 | | EDI: JPMORGANCHASE | Mar 21 2024 00:12:00 | Chase Card Services, Correspondence Dept., P. O. Box 15298, Wilmington, DE 19850 |
| 13073606 | | EDI: JPMORGANCHASE | Mar 21 2024 00:12:00 | Chase Card Servics, Correspondence Dept., P. O. Box 15298, Wilmington, DE 19850 |
| 13073616 | | Email/Text: bankruptcy@kservicing.com | Mar 20 2024 20:16:00 | Kabbage, 925B Peachtree Street NE, Suite 1688, Atlanta, GA 30309 |
| 13073618 | + | EDI: SYNC | Mar 21 2024 00:12:00 | Lowe's, Synchrony Bk Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 13073620 | | Email/Text: Bankruptcy@swiftcapital.com | Mar 20 2024 20:16:00 | PayPal LoanBuilder, 3505 Silverside Rd., Wilmington, DE 19810 |
| 13073658 | + | Email/Text: tina.collins@sussexcountyde.gov | Mar 20 2024 20:16:00 | Sheriff's Office, P.O. Box 948, Georgetown, DE 19947-0948 |
| 13073659 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Mar 20 2024 20:16:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 13073624 | + | Email/Text: bankruptcy@bbandt.com | Mar 20 2024 20:16:00 | Sun Trust, Attn: Bankruptcy, P. O. Box 85092, MC VA-WMRK-7952, Richmond, VA 23286-0001 |
| 13073625 | + | Email/Text: bankruptcy@bbandt.com | Mar 20 2024 20:16:00 | SunTrust Mortgage, P. O. Box 26527, Richmond, VA 23261-6527 |
| 13073850 | + | EDI: PRA.COM | Mar 21 2024 00:12:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13073626 | + | EDI: LCITDAUTO | Mar 21 2024 00:12:00 | TD Auto Finance, Attn: Bankruptcy, P. O. Box 9223, Farmington Hills, MI 48333-9223 |
| 13073628 | ^ | MEBN | Mar 20 2024 20:09:01 | TransUnion, P.O. Box 1000, Crum Lynne, PA 19022 |
| 13073657 | + | Email/Text: bankruptcydox@sussexcountyde.gov | Mar 20 2024 20:16:00 | Treasury Division, Sussex County Administration, P.O. Box 429, Georgetown, DE 19947-0429 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024           Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: 318 | Total Noticed: 39 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| James C. Reed | on behalf of Debtor Norbert William Novocin Jr. jamescreed@verizon.net |
| James C. Reed | on behalf of Joint Debtor Marie Ellen Novocin jamescreed@verizon.net |
| Kristi JoLynn Doughty | on behalf of Creditor TD Auto Finance LLC doughty@chipmanbrown.com  dero@chipmanbrown.com |
| Martin A. Mooney | on behalf of Creditor TD Auto Finance LLC Martin.Mooney@ag.ny.gov  kcollins@schillerknapp.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 6