# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Norbert William Novocin, Jr. and | ) |
| Marie Ellen Novocin, | ) |
| | ) Case No. 19-10056 (BLS) |
| Debtors. | ) |
| | ) |
| Annamarie Trombetta, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 19-50265 (BLS) |
| | ) |
| Norbert William Novocin, Jr. and | ) Adv. Proc. Docket No. 32 |
| Marie Ellen Novocin, | ) |
| Defendants. | ) |

## ORDER SETTING RESPONSE DEADLINE

Upon review of the Motion to Reconsider Case Closure (the "Motion) filed by Plaintiff Annamarie Trombetta on March 21, 2024, it is hereby

ORDERED, that any objections to the Motion shall be filed on or before Monday, April 8, 2024 at 4:00 p.m. Following expiry of the objection deadline and receipt of any responses, the Court will determine whether to schedule a hearing on the Motion or rule on the submissions.

Dated: March 25, 2024

Brendan Linehan Shannon
United States Bankruptcy Judge

cc: Mr. and Mrs. Norbert Novocin
    Ms. Annamarie Trombetta