# Norb & Marie Novocin
14 O'Daniel Ave., Apt. D
Newark, DE 19711

March 26, 2024

VIA ECF
Hon. Brendan Linehan Shannon,
United States Bankruptcy Judge

    In re:
    Chapter 7 - Case No. 19-10056 (BLS)
    Norbert William Novocin, Jr. and Marie Ellen Novocin, Debtors.

    And

    Adv. Proc. No. 19-50265 (BLS)
    Annamarie Trombetta, Plaintiff,
    vs.
    Norbert William Novocin, Jr. and Marie Ellen Novocin, Defendants

Dear Judge Shannon:

As your Honor is aware, we are Pro Se defendants in these proceedings, and as thus may not have the correct format or verbage in addressing the court. Please bear with us and grant us some leeway.

The following is our objections to the Motion to Reconsider Case Closure filed by Plaintiff Annamarie Trombetta on March 21, 2024.

In the Zoom Hearing on March 20, 2024, the court closed the bankruptcy and discharged all the debts involved. The court made clear that the Plaintiff, Ms. Trombetta, was welcome to proceed with any legal avenues available to her in the New York case and should she successfully prevail there with substantial evidence of fraud or willful misconduct, she may bring those findings at that time back to the court here to reopen this case. The court reiterated that the evidence would have to be substantial.

The following day, in disregard for this court's ruling, Ms. Trombetta brought a motion to reconsider. In her motion she asked for a postponement until such a time that Judge Swain in the New York case decides on her proceedings there. She then gave five points that her request is based on, all five of those points were submitted, examined and adjudicated in the New York case already.

When this bankruptcy case was first put on hold, back in December of 2019, this court gave a choice of trying the case simultaneously here or wait until the case was decided in New York.

The choice was made to wait on the New York case to be finalized, which it has been. Ms. Trombetta would now like to have more time to proceed with post case legal wranglings, while we are left in the throes of bankruptcy. We have learned the hard way that court decisions can take sometimes, days, sometimes weeks, months or even years. We have no idea how long it may take in this scenario, but this court has already given Ms Trombetta a path to reintroduce, should she prevail there.

It would be our hope that you would grant us relief and allow this bankruptcy and adversarial proceedings to end.

Respectfully submitted,

/s/ Norb Novocin
/s/ Marie Novocin
Norb & Marie Novocin